# Exhibit A

```
                    EIGHTH DISTRICT COURT-DUCHESNE
                      DUCHESNE COUNTY, STATE OF UTAH


                   TANNA JO FILLMORE vs. DUCHESNE COUNTY
      CASE NUMBER 180800068 Civil Rights
_____


      CURRENT ASSIGNED JUDGE
             SAMUEL P CHIARA


      PARTIES
             Plaintiff - TANNA JO FILLMORE
             Represented by: TYLER B AYRES
             Defendant - DUCHESNE COUNTY
             Defendant - DAVID BOREN
             Defendant - KENNON TUBBS
             Defendant - JANA CLYDE
             Defendant - KENNON C TUBBS MD LLC


      ACCOUNT SUMMARY
             TOTAL REVENUE  Amount Due:              360.00
                            Amount Paid:             360.00
                                 Credit:               0.00
                                Balance:               0.00
             REVENUE DETAIL - TYPE: COMPLAINT - NO AMT S
                            Amount Due:              360.00
                            Amount Paid:             360.00
                         Amount Credit:                0.00
                                Balance:               0.00


      PROCEEDINGS
      11-23-18 Filed: Complaint
      11-23-18 Case filed
      11-23-18 Fee Account created    Total Due:         360.00
      11-23-18 COMPLAINT - NO AMT S   Payment Received:       360.00
      11-23-18 Judge SAMUEL P CHIARA assigned.
      11-23-18 Filed: Return of Electronic Notification
      12-04-18 Filed: Amended Complaint
      12-04-18 Filed: Return of Electronic Notification
      01-25-19 Filed return: Return of Service Summons   Complaint upon KENNON
               C. TUBBS MD for
      Printed: 02/04/19 14:50:54        Page 1
```

CASE NUMBER 180800068 Civil Rights
---

```
                    Party Served: KENNON TUBBS
                    Service Type: Personal
                    Service Date: January 05, 2019
01-25-19 Filed return: Return of Service upon KENNON C. TUBBS for
                    Party Served:  KENNON C TUBBS MD LLC
                    Service Type: Personal
                    Service Date: January 05, 2019
01-25-19 Filed: Return of Electronic Notification
01-25-19 Filed: Return of Electronic Notification
```

Printed: 02/04/19 14:50:54          Page 2 (last)